1
2
3
4

Matthew J. Geragos     SBN 153390
GERAGOS LAW GROUP
888 West 6th Street, Suite 1100
Los Angeles, California 90017
Tel:  213.232.1363
Fax: 888.800.2949
matthew@geragoslaw.com

5
6
7
8
9

Reza Sina          SBN 250428
SINA LAW GROUP
3727 W. Magnolia Blvd. #277
Burbank, California 91505
Tel: 310.957.2057
reza@sinalawgroup.com

Attorneys for Plaintiff TESSA NESIS and ELIZABETH GREY
on Behalf of Herself and All Others Similarly Situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TESSA NESIS and ELIZABETH GREY, on Behalf of Themselves and All Others Similarly Situated, and the General Public and Acting in the Public Interest,<br><br>Plaintiff,<br><br>vs.<br><br>DO LAB, INC.; JASON FLEMMING a/k/a DEDE FLEMMING; JESSE FLEMMING; JOSH FLEMMING; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20−cv−03452 DSF (PVCx)<br><br>SECOND AMENDED CLASS ACTION COMPLAINT FOR:<br><br>1. THEFT BY FALSE PRETENSES (CAL. PENAL CODE 484 *ET SEQ.*)<br><br>2. FRAUD;<br><br>3. RESCISSION (CAL. CIV. CODE § 1689);<br><br>4. VIOLATION OF THE CONSUMER LEGAL REMEDIES ACT (CIV. CODE § 1750 *ET SEQ.*);<br><br>5. UNLAWFUL BUSINESS PRACTICES (BUS. & PROF. CODE §§ 17200, *ET SEQ.*); AND<br><br>6. INJUNCTIVE RELIEF.<br><br>JURY TRIAL DEMANDED |

- 1 -

SECOND AMENDED CLASS ACTION COMPLAINT

Plaintiffs, on behalf of themselves and all others similarly situated, based on information and belief, states as follows for their complaint:

## NATURE OF THE ACTION

1.      Plaintiffs bring this class action to recover damages and other relief on behalf of themselves and the Class who were all denied full refunds for their passes/tickets purchased for the 2020 *Lightning In A Bottle* music festival ("LIB") by Do Lab, Inc. ("DLI") and its owners, Jason "Dede" Flemming, Jesse Flemming, and Josh Flemming (collectively, "Defendants").   As a result, Plaintiff brings this class action to recover the damages due to Plaintiff and the following Class (referred to as, "the Class" or "Class Members"):

> *All individuals that purchased one or more passes/tickets to LIB that were denied full refunds upon demand for the same.*

2.      "Passes/tickets" include general admission passes, VIP passes, car and RV camping passes, boutique camping passes, lightning bus passes, and all other forms of admission relative to LIB.

## PARTIES

3.      Plaintiff Tessa Nesis is a resident of the State of Illinois.  At all relevant times, Plaintiff purchased one or more passes/tickets to LIB.

4.      Plaintiff Elizabeth Grey is a resident of the State of California.  At all relevant times, Plaintiff purchased one or more passes/tickets to LIB

5.      Defendant Do Lab, Inc. ("DLI" or "Defendant") is a corporation organized under the laws of the State of California with its principal place of business at 1024 Santee Street, Suite 600, Los Angeles, California, 90015.  At all relevant times, DLI was doing business throughout the United States and the State of California.

6.      Defendants Jason "Dede" Flemming, Jesse Flemming, and Josh Flemming (collectively, "The Flemmings") are each individuals residing in Los

- 2 -

SECOND AMENDED CLASS ACTION COMPLAINT

Angeles County.  At all relevant times, The Flemmings were principals, officers, owners or managing agents of DLI.

7.     Defendants DOES 1 through 10, inclusive, are sued herein under fictitious names.  Their true names and capacities are unknown to Plaintiff at this time.  When their true names and capacities are ascertained, Plaintiff will amend this complaint by inserting their true names and capacities herein.  Plaintiff is informed and believes and thereon alleges that each of the fictitiously named Defendants is responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by those Defendants.  Each reference in this complaint to "defendants," "Defendants," or a specifically named Defendant refers also to all Defendants sued under fictitious names.

8.     Plaintiff is informed and believes and thereon alleges that each of the defendants designated herein as DOE took part in and participated with Defendants in all matters referred to herein and was in some manner responsible for the injuries and losses suffered by Plaintiff.

9.     Plaintiff is informed and believes and thereon alleges that at all times herein mentioned each of the Defendants was the agent, servant and/or employee or occupied other relationships with each of the other named Defendants and at all times herein mentioned acted within the course and scope of said agency and/or employment and/or other relationship and each other Defendants has ratified, consented to, and approved the acts of his/her/its agents, employees, and representatives, and that each actively participated in, aided and abetted, or assisted one another in the commission of the wrongdoing alleged in this Complaint.

## **ALTER EGO**

10.     The Flemmings were doing business as DLI and DLI is an alter ego of The Flemmings in that there is such a unity of interest between the DLI and The Flemmings that they are indistinguishable from one another. At all times, The Flemmings formulated, directed, controlled, had the authority to control, and/or

SECOND AMENDED CLASS ACTION COMPLAINT

participated in the acts and practices set forth in this complaint and received a direct financial benefit from them. As such, an inequitable result would occur if The Flemmings and DLI are not treated as one and the same.

11.     In fact, The Flemmings have absconded with millions of dollars from passes/ticket sales compromising of monies belonging to Plaintiff and the Class and used that money for purposes other than LIB.  LIB was not to take part until end of May 2020.  Yet, the Flemmings would have the Class believe that they sold 10,000-20,000 tickets and somehow expended all of that money by March 2020, nearly three months before LIB was to take place.  The Flemmings, Plaintiff believes, are laying the groundwork to dissolve and/or reinvent DLI as a separate entity so as to avoid all obligations of DLI and abscond with monies belonging to the Class.

12.     Worse yet, The Flemmings, and each of them, concocted a fraudulent scheme to ensure that Plaintiffs and the Class do not receive full refunds.  One the one hand, The Flemmings, and each of them, disputed and fought credit card chargebacks by intentionally misrepresenting to the banks that they were already providing Plaintiffs and the Class refunds for their ticket purchases. Based on this flagrant misrepresentation, the banks categorically denied chargebacks.  On the other hand, The Flemmings refused to give any refund to anyone that had initiated a chargeback.   The end result of this fraudulent scheme is The Flemmings cleverly avoided chargebacks **and** refunds.

## JURISDICTION AND VENUE

13.     This Court has jurisdiction over the action pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d), because at least one Class member is of diverse citizenship from one defendant, there are more than 100 Class members, and the aggregate amount in controversy is believed to exceed $5 million, exclusive on interest and costs.

14.     This Court has personal jurisdiction over the parties because Plaintiffs submit to the jurisdiction of the Court and Defendants are citizens of this State and

- 4 -

SECOND AMENDED CLASS ACTION COMPLAINT

systematically and continually have conducted and continue to conduct business in the County of Los Angeles and the State of California.  Defendants also own and maintain substantial assets in the County of Los Angeles and the State of California.

15.     Venue is proper within this judicial district under 28 U.S.C. § 1391(b) because a substantial part of the acts, conduct, events or omissions occurred within the State of California, within Los Angeles County, and because the Defendants transact business with consumers who reside in Los Angeles County and the State of California.

## FACTUAL BACKGROUND

16.     Since 2004, DLI has been in the business of event production.

17.     DLI holds an annual event called *Lightning In A Bottle* ("LIB"), which usually takes place in May.

18.     The Flemmings characterize DLI -- which is a multimillion dollar event planning and production company -- as a small, family business run by The Flemmings.

19.     Each year, The Flemmings, through DLI, offer for sale a variety of passes/tickets to experience LIB.  The passes/tickets include, but are not limited to general admission, VIP, car camping, RV camping, boutique camping, lightning bus, etc.

20.     Over the years, LIB has grown tremendously in popularity and scope— **and now greed**. What started as an 800-person event in 2004 has developed into a 25,000-plus person event and continues to grow. Whereas DLI used to rent space to certain food and service vendors, the corporation now offers these services itself.  In addition to ticket sales revenue, the corporation earns incomes from its own sale of food, drink, alcohol, upscale camping, RV passes, merchandise, showers and more.

21.     In March 2020, in light of the COVID-19 crisis, LIB was cancelled. Unlike other event production companies and concert holders, however, Defendants

SECOND AMENDED CLASS ACTION COMPLAINT

greedily and steadfastly refuse to refund any refunds at all for the 10,000-20,000 passes/tickets sold.

22. In addition, the Refund Policy in the Terms includes unconscionable and illusory terms and conditions:

REFUNDS AND EXCHANGES

ALL SALES ARE FINAL. NO REFUNDS WILL BE GRANTED FOR ANY REASON. EVENT DATE AND TIME SUBJECT TO CHANGE. ALL RIGHTS RESERVED. IF THE EVENT FOR WHICH THIS TICKET IS ISSUED IS RESCHEDULED OR CANCELLED, THE HOLDER SHALL NOT BE ENTITLED TO A REFUND EXCEPT AS OTHERWISE REQUIRED BY LAW. INSTEAD, THE HOLDER SHALL HAVE THE RIGHT, EXCEPT AS OTHERWISE PROVIDED, (1) IF THE EVENT IS RESCHEDULED TO A DATE AND TIME WITHIN TWELVE MONTHS OF THE DATE AND TIME ORIGINALLY SCHEDULED, TO USE THIS TICKET TO ATTEND THE EVENT AT THE RESCHEDULED DATE AND TIME, OR (2) IF THE EVENT IS NOT RESCHEDULED WITHIN TWELVE MONTHS OF THE DATE AND TIME ORIGINALLY SCHEDULED, TO EXCHANGE THIS TICKET TO ANOTHER EVENT THAT IS DESIGNATED BY MANAGEMENT AS THE OFFICIAL REPLACEMENT EVENT FOR THE CANCELLED EVENT.

(*See* Exhibit A, Terms and Conditions.)

23. Under California Law, a contract is unenforceable as illusory when one of the parties has the unfettered or arbitrary right to modify or terminate the agreement or assumes no obligations thereunder. (*Asmus v. Pacific Bell* (2000) 23 Cal.4th 1, 15-16.)

24.     Defendants' Terms render the contract between Defendants and the purchasers illusory because Defendants retain complete and unfettered control to modify or terminate the agreement without assuming any obligations towards Plaintiff and the Class.

25.     On or about March 13, 2020, Defendants cancelled LIB and made zero efforts to refund Plaintiff and the Class' money.

26.     Instead, on or about March 13, 2020, The Flemmings embarked on a campaign of misrepresentations aimed at the hearts and kindness of the Class to steal their money:

A.     "The Do LaB is a small, family run business and we humbly ask for your patience as we determine our next steps."

B.     "It is important for everyone to understand that Lighting in a Bottle is owned and operated as a small family business, as it has since the beginning."

C.     "The reason we are not able to offer refunds is that we are an independent company, we have no deep pockets or outside investors."

D.     "At this time all of the money that was brought in through ticket sales was already paid out on non-refundable deposits, building materials, and staff to bring the festival to life."

27.     On or about March 24, 2020, Plaintiff's counsel initiated (but did not file) a predecessor action (*Rutledge v. Do Lab, Inc.*) against DLI for their refusal to refund tickets.   In direct response to that proposed lawsuit, DLI refunded that Plaintiff in a misunderstood attempt to defeat the class action.

28.     As a result of Defendants failure to refund the entire Class not just the plaintiff in the previous unfiled action, this action was filed on April 14, 2020. Upon filing of this action, Plaintiff Nesis immediately sent a courtesy copy to Defendants and Defendants acknowledged receipt within the same hour.

SECOND AMENDED CLASS ACTION COMPLAINT

29.   Once again, in direct response to Plaintiff and her counsel's efforts, Defendants changed their tune but not their end-game—to continue to retain Plaintiff and the Class' monies.  Keeping in line with their "sympathy play" on the Class, they now make the following misrepresentations:

A.   [T]icket sales, in a good year, cover the festival's bills and we rely on other sales at our festival to make our profit."

B.   When it became clear to us that the event was going to be canceled, we were mid-production and had spent nearly all of the ticket money on LIB. We faced a heartbreaking truth: we do not have enough money to issue full refunds to all of you. We therefore announced that there would be no refunds.

C.   ***Notwithstanding our prior announcement***, we remain committed to getting a full refund to everyone who wants one. We have worked together with the music agents and artists, and are thankful to announce that a vast majority of the artists, despite having incurred their own non-refundable expenses in planning for their LIB performances, are returning their deposits in an effort to help us in this time of crisis.

D.   Our goal is to build the largest pool of money possible so that we can then use it to help refund ticket purchasers. However, we need you to understand the situation, and that is ***if the majority of our community request refunds, it may mean the end of Do LaB*** because the pool will be far too small to refund everyone, and that debt will be crushing.

(*See* Exhibit B, April 15, 2020 Email to the Class (emphasis added).)

30.   Defendants conduct of preying on the Class to steal their money does not stop there:  Defendants next ask the Class to simply donate their money to Defendants or let them keep it for two years:

- 8 -

SECOND AMENDED CLASS ACTION COMPLAINT

If your life has been touched or changed in an unforgettable way by Lightning in a Bottle, please help us make it through to the other side.

Specifically, we ask that you either:

**1.  Support the Future of LIB With a Gift.**

If you want our organization to continue to exist and you are able to, please gift your 2020 purchase to our shared future. If you can choose this option we would be forever grateful.

Or,

**2. Transfer Your 2020 Ticket to a Ticket for 2021 or 2022.**

If you can transfer your 2020 ticket to either 2021 or 2022, please do so. If you are able and willing, please consider choosing 2022 instead of 2021. As an incentive to choose 2022, you will receive a free VIP upgrade for each 2020 festival pass. If the majority of you choose 2021, it will create an extremely challenging set of financial circumstances for us next year. Your understanding and willingness to work with us on this is appreciated beyond measure. Thank you.

(*See* Exhibit B.)

31.    Option 3, which they heavily discourage the Class from taking, is some refund at some future unknown date:

**3. Join the Pool to Receive a Refund.**

If you truly cannot do either option 1 or 2, please sign up for a refund by April 29th at 12pm. Once the refund registration window closes, we will understand how many full refunds we can pay, and whether we need to offer partial refunds. Refunds will not be immediate. We cannot give an estimate as to when, but will communicate as we get clarity.

- 9 -

32.    Defendants then closeout on this latest part of their campaign to steal the Class' money by returning to their theme of preying on the Class' sympathies for Defendants:

> We understand that this is a big request of all of you, and far from a perfect resolution. But we also know that you care about LIB as much as we do, and that we likely cannot keep it afloat without your cooperation. We want to support you, and are asking you to support us. And, if you have any other creative ideas or solutions that we might have       missed,       please       let       us       know       at: questions2020@lightninginabottle.org

(*See* Exhibit 2.)

33.    Defendants' deceit does not end there.   The refund "option" presents another volley of illusory obligations to avoid providing a *full* refund:

A.    **Defendants will first doge the refund by claiming they could not find it**:   "If we are not able to find your order, or the info entered below does not match the order number's info, we will not be able to process the refund."

B.    **Next, to the extent they locate the record, Defendants will decide how much to refund**:   "As to final refund amount, we will use *best efforts* to gather the largest pool of money possible so we can distribute it pro rata to the customers who have opted into the refund pool. . . . [T]here is a possibility, based on the amount of money in the pool and the number of customers requesting a refund, that you may only receive a partial refund."

C.    **Defendants will decide when, if ever, the refunds will actually be made**:   "Totaling all the refund requests after the deadline will take time to obtain the largest amount of funding for the pool as

SECOND AMENDED CLASS ACTION COMPLAINT

possible and we cannot give you an estimate as to how long it will take to receive your refund."

    D.    **Then there are the two final kickers—(1) you must take affirmative action and (2) provide a release**:  "For non-responders of the options provided, the credit of your ticket purchase will be applied to the forgo refund option. . . . By selecting 'I agree' below and submitting the form, you are acknowledging you have fully read, understand and agree to the Disclaimer and the option that you have chosen, that you are of legal age to consent to this agreement, and are choosing this option in exchange for a release of claim against Do Lab, Inc. and its employees arising from your purchase of a ticket to Lightning In A Bottle 2020 and the cancellation of the event.

(*See* Exhibit C, Refund Option.)

34.    It is important to note that the refund "option" was made available after and as direct result of Plaintiffs' efforts in filing and pursuing this action.

35.    But the fraud and deceit does not stop there.  Defendants, and each of them, concocted a fraudulent scheme to ensure that Plaintiffs and the Class do not receive full refunds.  One the one hand, Defendants, and each of them, disputed and fought credit card chargebacks by intentionally misrepresenting to the banks that they were already providing Plaintiffs and the Class refunds for their ticket purchases. As a result, the banks categorically denied every chargeback.  On the other hand, Defendants refused to give any refund to anyone that had initiated a chargeback

36.    In the end, each of the Defendants' conduct and misrepresentations are part of their campaign to misuse the trust of their loyal customers, discourage their loyal customers from pursuing their rights, and to abscond with their money.

SECOND AMENDED CLASS ACTION COMPLAINT

37.    Plaintiffs and the Class performed all obligations and conditions required of them.

## CLASS ALLEGATIONS

38.    Description of the Class:  Plaintiffs bring this Class action on behalf of themselves and the Class defined as follows:

> *All individuals that purchased one or more passes/tickets to LIB*
> *that were denied full refunds upon demand for the same.*

39.    Excluded from the Class are governmental entities, any entity in which Defendant had a controlling interest, and Defendant's officers, directors, and salaried and exempt employees.  Also excluded from the Class is any judge, justice, or judicial officer presiding over this matter and the members of their immediate families and judicial staff.

40.    Plaintiffs reserve the right to modify the Class' description and the Class' period based on the results of discovery.

41.    Numerosity:  The proposed Class are so numerous that individual joinder of all its members is impracticable.  As the factual allegations demonstrate, thousands of persons are members of the Class.  While the exact number and identities of the members of the Class are unknown at this time, such information can be ascertained through appropriate investigation and discovery.  The disposition of the claims of the members of the Class in a single class action will provide substantial benefits to all parties and to the Court.

42.    Common Questions of Law and Fact Predominate:  There are many questions of law and fact common to the representative Plaintiffs and the Class, and those questions substantially predominate over any questions that may affect individual Class members.  Common questions of fact and law include, but are not limited to, the following:

a.    Whether Defendants' engaged in theft and fraud by withholding Plaintiffs and the Class' money for ticket purchases;

- 12 -

SECOND AMENDED CLASS ACTION COMPLAINT

b.      Whether Defendants' Refund Policy is illusory or includes unconscionable terms;

c.      Whether Defendants' Refund Policy violates the CLRA;

d.      Whether Defendants engaged in unlawful, unfair, or fraudulent business practices in violation of Business and Professions Code § 17200 *et seq.*;

e.      The nature and extent of damages, restitution and disgorgement, and other remedies to which Plaintiffs and the members of the Class are entitled.

43.     Typicality:  Plaintiffs' claims are typical of the claims of the members of the Class.  Plaintiffs and all members of the Clas have been similarly affected by Defendants' common course of conduct.

44.     Adequacy of Representation:   Plaintiffs will fairly and adequately represent and protect the interests of the Class.  Plaintiffs have retained counsel with substantial experience in prosecuting complex and class action litigation.  Plaintiffs and their counsel are committed to vigorously prosecuting this action on behalf of the Class, and have the financial resources to do so.  Neither Plaintiffs nor their counsel have any interests adverse to those of the Class.

45.     Superiority of a Class Action:  Plaintiffs and the members of the Class suffered, and will continue to suffer, harm as a result of Defendants' unlawful and wrongful conduct.  A class action is superior to other available methods for the fair and efficient adjudication of the controversy.  Individual joinder of all members of the Class is impractical.  Even if individual Class members had the resources to pursue individual litigation, it would be unduly burdensome to the courts in which the individual litigation would proceed.  Individual litigation magnifies the delay and expense to all parties in the court system of resolving the controversies engendered by Defendants' common course of conduct.  The class action device allows a single court to provide the benefits of unitary adjudication, judicial economy, and the fair

- 13 -

and equitable handling of all class members' claims in a single forum.  The conduct of this action as a class action conserves the resources of the parties and of the judicial system, and protects the rights of the Class.  Furthermore, for many, if not all, class members, a class action is the only feasible mechanism that allows them an opportunity for legal redress and justice.

46.     Adjudication of individual class members' claims with respect to the Defendants would, as a practical matter, be dispositive of the interests of other members not parties to the adjudication, and could substantially impair or impede the ability of other class members to protect their interests.

### FIRST CAUSE OF ACTION

### THEFT BY FALSE PRETENSES (CAL. PENAL CODE § 484 *ET SEQ.*)

### (Against All Defendants)

47.     The preceding paragraphs of this Complaint are realleged and incorporated by reference.  Plaintiff asserts this claim on behalf of herself and the Class.

48.     California Penal Code § 496(c) reads: "Any person who has been injured by a violation of subdivision (a) or (b) may bring an action for three times the amount of actual damages, if any, sustained by the plaintiff, costs of suit, and reasonable attorney's fees."   Section 496(a) makes receiving, buying, or withholding property "that has been obtained in any manner constituting theft" an act punishable by imprisonment.  In turn, section 496(c), applies that statute in civil cases.  (*Bell v. Feibush* (2013) 212 Cal.App.4th 1041.)

49.     The "theft" referred to in Section 496 includes theft by false pretenses. Under California law, "theft" includes theft by false pretenses—i.e., the consensual but fraudulent acquisition or retention of property from its owner.  (*See* Cal. Pen. Code, § 484(a).)

- 14 -

50.     From March 13, 2020 and continuing to the present, Defendants have retained, and refused to return, money (passes/tickets sales) from Plaintiffs and the Class by theft by false pretenses.

51.     From March 24, 2020, and continuing to the present, Plaintiffs demanded return of said money.

52.     Defendants continue to wrongfully withhold the money from Plaintiffs and the Class.

53.     As a result of Defendants' wrongful acts and omissions, Plaintiffs and the Class have suffered damages.

54.     In addition, California Penal Code §496(c) provides for treble damages and attorneys' fees and costs.

55.     Defendants are subject to exposure for punitive damages based upon their acts of malice, oppression and fraud as those words are used and defined in Civil Code § 3294.

## SECOND CAUSE OF ACTION
## FRAUD – IN THE PERFORMANCE
### (Against All Defendants)

56.     The preceding paragraphs of this Complaint are realleged and incorporated by reference.  Plaintiffs assert this claim on behalf of themselves and the Class.

57.     At all relevant times, and specifically from between March 13, 2020 and continuing to the present, Defendants (via The Flemmings) communicated misrepresentations of material facts to, and concealed material facts from, Plaintiffs, including, but not limited to the following:  that they did not have money to refund Plaintiffs and the Class as specified in paragraphs 25 through 36.

58.     The misrepresentations and concealments, as specified in paragraphs 25 through 36, were made and ratified by each defendant.

SECOND AMENDED CLASS ACTION COMPLAINT

59.     The representations and concealments made by Defendants, as alleged above, were erroneous, false, and fraudulent and were made by them with the intention and purpose that Plaintiffs would rely and be deceived by them.

60.     Plaintiffs justifiably relied on the Defendants' representations and concealments.  Had Plaintiffs known the true facts (e.g., that Defendants have Plaintiffs and the Class' money but do not intend on returning it), Plaintiffs would have conducted herself differently by, *inter alia*, taking actions such as filing suit, sooner and not purchasing tickets from Plaintiffs.

61.     As a legal result of Defendants' fraud and deceit, Plaintiffs have suffered (and continues to suffer) substantial injury and damage.

62.     Plaintiffs are also entitled to exemplary and/or punitive damages as a result of acts and omissions by Defendants which were malicious, fraudulent and/or oppressive in nature as those words are defined in Civil Code § 3294.

## THIRD CAUSE OF ACTION

## RESCISSION (CAL. CIV. CODE § 1689)

### (Against All Defendants)

63.     The preceding paragraphs of this Complaint are realleged and incorporated by reference.  Plaintiffs assert this claim on behalf of themselves and the Class.

64.     Plaintiff and the Class seek, pursuant to Civil Code § 1689(b), to rescind the agreements and contracts relative to the passes/tickets on the following grounds: "(3) If the consideration for the obligation of the rescinding party becomes entirely void from any cause; . . . (4) If the consideration for the obligation of the rescinding party, before it is rendered to him, fails in a material respect from any cause; . . . (6) If the public interest will be prejudiced by permitting the contract to stand;" and other causes and grounds according to proof.

65. Because the consideration due Plaintiffs and the Class has failed, Plaintiffs and the Class are entitled to the return of all monies paid to Defendants and request the same by way of compensatory damages. (Civ. Code § 1691.)

66. Plaintiffs and the Class intend service of the summons and complaint in this action to serve as notice of rescission of the Agreement.

**FOURTH CAUSE OF ACTION**

**VIOLATIONS OF THE CONSUMER LEGAL REMEDIES ACT**

**(CIVIL CODE § 1750 *ET SEQ.*)**

**(Against All Defendants)**

67. The preceding paragraphs of this Complaint are realleged and incorporated by reference. Plaintiffs assert this claim on behalf of themselves and the Class.

68. Defendants are a "corporations" as defined by California Civil Code section 1761(c). Plaintiffs and Class members are "consumers" within the meaning of California Civil Code section 1761(d).

69. Plaintiffs' acts of purchasing passes/tickets sold by Defendants constitute a "Transaction" pursuant to the California Consumer Legal Remedies Act ("CLRA").

70. Defendants violated, and continue to violate, the CLRA by uniformly and affirmatively representing "that a transaction confers or involves rights, remedies, or obligations that it does not have or involve, or that are prohibited by law" and including unconscionable provisions in the Terms. (Civ. Code, §§ 1770(a) (14) and (19).)

71. Plaintiffs and the Class suffered actual damages as a direct and proximate result of Defendants' actions and representations in violation of the CLRA.

72. Plaintiffs, on behalf of himself and for all similarly situated, demand judgment against Defendants under the CLRA for injunctive relief that prevents

further inclusion of unconscionable provisions in the Defendants' Terms. In addition, they demand an award of attorneys' fees pursuant to California Civil Code section 1780(d). Plaintiffs will amend this Complaint to include a claim for damages after providing Defendants with the required Civil Code § 1782 notice.

73.   Plaintiffs and the Class are also entitled to an award of attorneys' fees and costs.

74.   Plaintiffs and the Class are also entitled to an award of punitive damages pursuant to the CLRA. (Civ. Code, § 1780(a)(4).)

## FIFTH CAUSE OF ACTION

## VIOLATION OF CALIFORNIA BUS. & PROF. CODE § 17200 *ET SEQ.*

### (Against All Defendants)

75.   The preceding paragraphs of this Complaint are realleged and incorporated by reference. Plaintiffs assert this claim on behalf of themselves and the Class.

76.   This cause of action is brought on behalf of Plaintiffs and members of the general public pursuant to California Business and Professions Code section 17200 *et seq.* which provides that "unfair competition shall mean and include any unlawful, unfair or fraudulent business act or practice and unfair, deceptive, untrue or misleading advertising and any act prohibited by Chapter 1 (commencing with Section 17500) of Part 3 of Division 7 of the Business and Professions Code."

77.   Defendants' above-described deceptive and misleading acts and practices have deceived and/or are likely to deceive Plaintiff and other Class members.

78.   Plaintiffs and the Class were, in fact, deceived as to the terms and conditions of services provided by Defendants.

79.   The actions described herein constitute a violation of California Business and Professions Code section 17200, *et seq.* Specifically, Defendants have engaged in acts in violation of law, including, but not limited to violations of

- 18 -

SECOND AMENDED CLASS ACTION COMPLAINT

Business and Professions Code sections 22507 and 17200 *et seq.*, and California Civil Code §§ 1770 (a (14) and (19).

80.    Plaintiffs and Class members have suffered actual harm as a result of Defendants' misrepresentations and/or omissions.   Plaintiffs and the Class have suffered injury in fact and have lost money as a result of such unfair and unlawful business practices.  Such injuries and losses include, but are not limited to, the full value and amounts paid for the passes/tickets.

81.    Plaintiffs and the Class seek restitution, injunctive relief and all other relief from Defendants allowed under §17200, *et seq.*  Plaintiffs and the Class also seek attorneys' fees pursuant to Cal. Code Civ. Proc. §1021.5, as well as such other and further relief as the Court deems just and proper.

## INJUNCTIVE RELIEF

## INJUNCTIVE RELIEF

### (Against All Defendants)

82.    The preceding paragraphs of this Complaint are realleged and incorporated by reference.

83.    To the extent that Defendants have obtained releases from Plaintiff and the Class in exchange for less than full refunds due them, Plaintiffs and the Class seek to invalidate said releases.   Said releases were obtained by communications with the putative class members that concealed material information and were misleading.  Accordingly, Plaintiffs and the Class seek injunctive relief invalidating each and every release obtained by Defendants from the Class during the pendency of this action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs and members of the Class request that the Court enter an order or judgment against the Defendants as follows:

1.    Certification of the Class and appointment of Plaintiff as Class Representative and her counsel of record as Class Counsel;

SECOND AMENDED CLASS ACTION COMPLAINT

2.     Adjudge and decree that each Defendant has engaged in the conduct alleged herein;

3.     Enjoin and restrain each Defendant and their officers, agents, servants and employees, and those in active concert or participation with them, from continuing or engaging in such conduct or other conduct having similar purpose or effect;

4.     For injunctive relief prohibiting the violations of the Consumers Legal Remedies Act alleged in the complaint unless and until such time as the complaint is amended to include claims for damages pursuant to the notice and time limitations provided for by California Civil Code 1780(b);

5.     Award of treble damages pursuant to Cal. Penal Code § 496(c) and *Bell v. Feibush* (2013) 212 Cal.App.4th 1041;

6.     Award to Plaintiff and the Class attorneys' fees and other costs of suit to the extent permitted by law;

7.     Award general and special damages, according to proof;

8.     Award of punitive damages;

9.     Award restitution and all other relief allowed under §17200, *et seq*. to Plaintiff and the Class; and

10.     As to all causes of action, such other and further relief as the Court may deem just and proper.

Dated:   August 24, 2020          GERAGOS LAW GROUP
                                  SINA LAW GROUP


                                  By: _____
                                      MATTHEW J. GERAGOS
                                      Attorney for Plaintiff and the Class

- 20 -

SECOND AMENDED CLASS ACTION COMPLAINT

## **DEMAND FOR JURY TRIAL**

Plaintiffs demand a trial by jury in this action.

Dated:    August 24, 2020           GERAGOS LAW GROUP
                                     SINA LAW GROUP


                                     By: _____
                                     MATTHEW J. GERAGOS
                                     Attorney for Plaintiffs and the Class

SECOND AMENDED CLASS ACTION COMPLAINT

EXHIBIT A

Terms of Sale

As a consideration for being allowed entry and to participate in the 2020 Lightning In A Bottle event produced by Do LaB, Inc. (the "Event" or "LIB"), The person purchasing the ticket (the "Purchaser") and the person holding the ticket (the "Bearer") agree to comply with any and all rules, regulations, terms, and conditions of the Event, including but not limited to all of the terms outlined in this document.

Bearer certifies that Bearer is physically able to participate in the Event and in any associated activity or performance, and that Bearer has not been advised otherwise by a qualified medical professional. Tickets sold through this website grant to the Purchaser, only a revocable license to the Bearer that may be revoked at any time for any reason. Resale or attempted resale of any issued ticket at a price higher than the face value is grounds for cancellation without compensation. Bearer assumes all risk or danger incidental to Lightning in a Bottle, whether occurring prior to, during, or subsequent to, the actual event. The terms of sale of each ticket issued pursuant to a transaction initiated on this website are subject to any and all terms imposed by Do Lab. In order to be admitted to the event, each attendee must present the wristband in its original, undamaged, unaltered form, to the venue at the appropriate time. Entry may be refused for various reasons, including but not limited to; misconduct, intoxication, possession of prohibited items or violent or aggressive behavior. Bearer agrees that they are physically able to participate in the Event and in any associated activity or performance, and that the Bearer has not been advised otherwise by a qualified medical professional.

If purchaser is obtaining tickets and/or vehicle passes for, or providing any tickets and/or vehicle passes to, any other person(s), the purchaser recognizes that they are acting as that person's agent in obtaining the tickets and/or vehicle passes, and due to this agency relationship, Purchaser agrees to these Terms and Conditions on behalf of any person to whom Purchaser deliver any of the tickets and/or vehicle passes they have obtained, and the Purchaser shall notify any such person of these Terms and Conditions when they deliver a ticket and/or vehicle pass to that person. If purchaser has obtained a ticket and/or vehicle pass from another person, the Purchaser also agrees to these Terms and Conditions when the ticket and/or vehicle pass is delivered to them.

Release of Liability

THE BEARER EXPRESSLY ASSUMES ALL RISK AND DANGER ARISING FROM OR INCIDENTAL TO THE EVENT FOR WHICH THE TICKET IS ISSUED, WHETHER SUCH RISKS OCCUR PRIOR TO, DURING, OR SUBSEQUENT TO THE ACTUAL EVENT THE HOLDER EXPRESSLY RELEASES THE EVENT FACILITY, MANAGEMENT, PROMOTERS, PARTICIPANTS, PERFORMERS, ARTISTS, AND THE TICKETING SERVICES PROVIDER (collectively "MANAGEMENT") AND ALL OF THEIR OWNERS, OFFICERS, DIRECTORS, EMPLOYEES, CONTRACTORS, REPRESENTATIVES, AND AGENTS, FROM ANY AND ALL CLAIMS THAT THE HOLDER HAS OR MAY HAVE THAT ARISE FROM OR ARE INCIDENTAL TO THE EVENT, INCLUDING ANY CLAIMS ARISING OUT OF THE NEGLIGENCE OF MANAGEMENT OR MANAGEMENT'S OWNERS, OFFICERS, DIRECTORS, EMPLOYEES, CONTRACTORS, REPRESENTATIVES, OR AGENTS. THE BEARER KNOWINGLY AND VOLUNTARILY

ASSUME ALL RISK OF PROPERTY LOSS, PERSONAL INJURY, SERIOUS INJURY, OR DEATH, WHICH MAY OCCUR BY ATTENDING LIGHTNING IN A BOTTLE 2020, AND HEREBY FOREVER RELEASE, DISCHARGE, AND HOLD DO LAB, INC HARMLESS FROM ANY CLAIM ARISING FROM SUCH RISK, EVEN IF ARISING FROM THE NEGLIGENCE OF DO LAB, OR FROM THIRD PARTIES, AND THE BEARER ASSUME FULL RESPONSIBILITY AND LIABILITY FOR THEIR PARTICIPATION.

Refunds and Exchanges

ALL SALES ARE FINAL. NO REFUNDS WILL BE GRANTED FOR ANY REASON. EVENT DATE AND TIME SUBJECT TO CHANGE. ALL RIGHTS RESERVED. IF THE EVENT FOR WHICH THIS TICKET IS ISSUED IS RESCHEDULED OR CANCELLED, THE HOLDER SHALL NOT BE ENTITLED TO A REFUND EXCEPT AS OTHERWISE REQUIRED BY LAW. INSTEAD, THE HOLDER SHALL HAVE THE RIGHT, EXCEPT AS OTHERWISE PROVIDED, (1) IF THE EVENT IS RESCHEDULED TO A DATE AND TIME WITHIN TWELVE MONTHS OF THE DATE AND TIME ORIGINALLY SCHEDULED, TO USE THIS TICKET TO ATTEND THE EVENT AT THE RESCHEDULED DATE AND TIME, OR (2) IF THE EVENT IS NOT RESCHEDULED WITHIN TWELVE MONTHS OF THE DATE AND TIME ORIGINALLY SCHEDULED, TO EXCHANGE THIS TICKET TO ANOTHER EVENT THAT IS DESIGNATED BY MANAGEMENT AS THE OFFICIAL REPLACEMENT EVENT FOR THE CANCELLED EVENT. This ticket is not subject to any refund, bears no cash value, and is not redeemable for cash. Artist and set times are subject to change without notice. This ticket is not subject to exchange except as expressly provided above. If issued as a complimentary ticket, this ticket is not exchangeable or redeemable for another ticket to any other event or performance or for any other consideration, monetary or otherwise. Tickets obtained from unauthorized sources may be counterfeit and worthless. Tickets cannot be replaced if lost, stolen or destroyed, and are valid only for the event for which they are issued. It is unlawful to reproduce this ticket in any form. PURCHASER AGREES NOT FILE A CHARGEBACK OR ANY TYPE OF PAYMENT REVERSAL FOR ANY REASON. Do LaB is not liable for acts of God, the weather, strikes, protests, or actions taken by government agencies and similar causes. Tickets and vehicle passes are nonrefundable even if the Event is terminated early or canceled, or entry conditions are modified, due to harsh weather, acts of nature, governmental regulation, the failure to obtain required governmental permits, or conditions beyond Do LaB's control. Management reserves all rights not expressly granted to the holder by these terms. Please read our Ticketing FAQ at https://lightninginabottle.org/ticketing-faq/ for more information.

Prohibited Items

The following items are prohibited inside the venue; pets or animals of any kind with the exception of registered service animals cleared through our ADA program, drones of any size, guns or weapons of any kind, fireworks or explosives, laser or handheld laser pointers, any drugs classified as illegal by the local municipality, the State of California or the United States federal government, excessive amounts of alcohol that exceed what is deemed to be for personal use, live plants, and any other item management deems to be inappropriate for the event or that may present a potential safety risk.

Entry Search

Bearer and Bearer's belonging may be searched for prohibited items and non-ticket holding individuals upon entry into the Event, and Bearer consents to such searches and waives any related claims that might arise against the Do Lab and its agents. If the Bearer elects not to consent to such searches, the Bearer will be denied entry into the Event.

Reservation of Rights

Management reserves the right to refuse admission to or eject any person whose conduct is deemed by Management, at Management's sole discretion, to be undesirable, including (but not limited to); disorderly conduct, use of vulgar or abusive language toward staff or other attendees, or failure to follow Management or facility rules and directions. Undesirable conduct of any of the types expressly listed above will automatically terminate this license and all rights of the Bearer. The exercise of management's ejection rights hereunder does not entitle the Bearer to a refund of the ticket price or any part thereof. This ticket is a revocable license and admission may be refused upon refunding the face amount of the ticket, at management's discretion.

Copyright/ Logo

Bearer acknowledge that "Lightning in a Bottle," "LIB," "The Do LaB," and all logos and symbols associated therewith are registered trademarks owned by Do LaB, Inc. and that Do LaB, Inc. has the exclusive right to license and enforce those trademarks and any other trademarks, copyrights, and other intellectual property owned or licensed by Do LaB, Inc., including any likenesses, drawings, and representations of the Event (collectively, "LIB Intellectual Property").

WITHOUT THE PRIOR WRITTEN CONSENT OF DO LAB, I UNDERSTAND THAT I MAY NOT USE ANY LIB INTELLECTUAL PROPERTY OR EVENT IMAGERY IN ANY ADVERTISEMENT OR PROMOTIONAL MATERIAL (INCLUDING WITHOUT LIMITATION MUSIC VIDEOS OR POSTS ON THE SOCIAL MEDIA ACCOUNTS OF COMMERCIAL ENTERPRISES), OR IN THE TITLE OR ON THE COVER OF ANY PUBLICATION, unless the use is authorized in writing by Do LaB, Inc.

Photo/Video/Drones

By entering the Event, all Bearers agree to the following terms, conditions, and guidelines for the use of any imagery obtained at the Event, including still photographs and videos (hereinafter "Event Imagery"). Participants may only use Event Imagery for "Personal Use," defined to include: (1) sharing with friends and family; (2) displaying on personal websites (as long as the website does not sell any product or service, and does not purport or appear to be an official website of the Event or Do LaB); and (3) displaying on social networking websites, such as Instagram and Facebook (as long as the display of the Event Imagery on these sites is not commercial or promotional in any manner and the social media account is not affiliated with any commercial enterprise).

Bearer UNDERSTANDS AND ACCEPTS THAT BEARER MAY NOT MAKE ANY USE OF EVENT IMAGERY WITHOUT PRIOR WRITTEN PERMISSION FROM DO LAB, OTHER THAN PERSONAL USE (as defined above). Bearer understands that Bearer has no right to sell, transfer, license, sublicense, or give Event Imagery to any other party, except for Personal Use, and agree to inform anyone to whom Event Imagery is given that it can only

be used for Personal Use. Bearer further agrees to be bound by the Event's Photography Policy a copy of which can be found at https://lightninginabottle.org/photography-policy-at-lib/.

All photographers using DSLRs or cameras with detachable lenses are required to have media credentials to take pictures at the Festival. Parties wishing to obtain media credentials can submit a Press Request Form available on the website at (https://docs.google.com/forms/d/e/1FAIpQLSdPd_Ocy-nFjUN0btrhXzvk_EPkCf43OIZql5OWcwgQh0SqYA/viewform?c=0&w=1). Any party interested in making any commercial use of their documentation of the Event or in distributing footage beyond Personal Use must, however, enter into a separate written agreement with Do LaB prior to any such use.

Bearer acknowledges that the use of drones is specifically prohibited at the Event. Bearer agree to be bound by the terms of the Event's Drone Policy which can be found at https://lightninginabottle.org/drones-policy/

Bearer acknowledges that people will be using film, video, and photographic cameras at the Event, and that the Bearer's image may be captured on film, video, or photographs that may subsequently be displayed or disseminated without Bearer's consent or payment of compensation to Bearer, and the Bearer releases Do LaB from any liability due to such capturing, display, or dissemination.

Gift Material

Do LaB generally permits the use of Lightning in a Bottle related intellectual property, without payment of any license fee, on materials that are given away at or in connection with the Event ("Gift Materials"), with the following conditions: (1) Do LaB may, for any reason in its discretion, determine that such use is not in keeping with Do LaB's quality control, and if so, all such materials shall no longer be distributed; and (2) no Gift Materials may be sold (including to recoup the cost of producing them), exchanged for something of value, or distributed in any manner in which the Gift Materials are likely to be sold or exchanged for something of value.

Consent to Electronic Communication

Bearer agrees that we may provide electronically any and all communications concerning tickets and/or any payment plan entered into as well as any disclosures required by federal or state law. Bearer's consent applies not only to the tickets and any payment plan but also to any ancillary agreement related to these and to any future tickets or payment plans obtained through us.

Consent to Medical Treatment

Bearer consents to have medical treatment that may be deemed advisable in the event of injury, accident, and/or illness during any program, event, or activity at the Event. Bearer releases Do LaB, Inc. and all persons participating in any such medical treatment from all responsibility for any such actions. Bearer holds Do Lab harmless should contraction of an illness, disease or any other malady occur while attending the event or as a result of attending the event.

Ticket Fulfillment

Purchaser acknowledges that all tickets will be mailed to the address provided to Eventbrite at the time of purchase. Tickets will be mailed exclusively to the Purchaser and not to any other person or entity. The address may be updated until the designated date established by Do Lab. Do Lab will be held harmless and will not reship deliveries deemed undeliverable, mislabeled or damaged, this included addresses not changed in the Eventbrite system, computer errors, or any other known or unknown issues. All undelivered tickets will have to be picked up at Will Call without exception. Do Lab ships only within the United States. All international purchases will have to be picked up at Will Call. Tickets will not be available at the Do Lab offices.

For any ticket or vehicle pass sale or sale registration, if for any reason whatsoever, including computer or software malfunction, mistake or inadvertence, network congestion or crashes, Purchaser is not able to purchase any tickets or vehicle passes through the sale process, or their registration for a sale or the purchase of tickets or vehicle passes is not processed, or they receive a notice that their ticket or vehicle pass purchase or ticket registration is rescinded, revoked, canceled, or made in error and their credit card payment is credited to a credit card account, Purchaser holds Do Lab harmless.

Food and Food Vendors

Bearer understands that food will be sold at the Event. Do Lab bears no responsibility and will be held harmless for the contraction of or additional issues arising from food borne illnesses, food allergies or any other issues arising from the distribution, sale or consumption of food at the event. Further, Do Lab will be held harmless for any issues with food brought in by the Bearer or any other attendees.

Provisions

Bearer understands that Bearer must bring enough food, water, shelter, and first aid to last the duration of the Event in a potentially harsh environment, please see the Camping FAQ (https://dev2.lightninginabottle.org/camping/) for more information and packing guidelines

Vehicle Passes

ALL VEHICLES DRIVEN INTO THE EVENT MUST HAVE A CAR CAMPING OR RV PASS DISPLAYED IN THE WINDSHEILD. Bearer understand that a vehicle pass only grants the ability to drive a vehicle into the Event site and directly to one's camp location as directed by Event staff and that a vehicle pass does not grant any additional on-site driving privileges. UNAUTHORIZED DRIVING WITHIN THE EVENT SITE IS PROHIBITED. Each stand-alone vehicle driven through the Gate must have a vehicle pass. (Trailers and art cars on trailers do NOT require a vehicle pass.) Do LaB reserves the right to subject the use of vehicle passes to further terms and conditions, which would be published on the LIB website (www.Lightninginabottle.org)and/or at the Event.

Bearer understands that vehicle passes are not Event tickets and do not grant any person entry into the Event without a separate Event ticket. Likewise, the purchase of an Event ticket does not include the right to drive a motor vehicle into the Event or reserve a vehicle pass for that ticket holder. Purchaser understands that they may not purchase ONLY a vehicle pass; to purchase a vehicle pass, Purchaser must also purchase at least one

Event ticket. Purchaser understands that if they purchase only a vehicle pass, the order may be canceled. No ticket refunds will be issued because the Bearer neglected or was unable to acquire a vehicle pass from Do LaB. To help mitigate traffic issues, Do LaB reserves the right to limit the number of car and RV camping passes available for the Event, and the number of vehicle passes an individual may purchase. Please visit the camping information page at (https://lightninginabottle.org/camping/) for more information.

For any ticket or vehicle pass sale or sale registration, if for any reason whatsoever, including computer or software malfunction, mistake or inadvertence, network congestion or crashes, Purchaser is not able to purchase any tickets or vehicle passes through the sale process, or Purchaser's registration for a sale or the purchase of tickets or vehicle passes is not processed, or Purchaser receives a notice that their ticket or vehicle pass purchase or ticket registration is rescinded, revoked, canceled, or made in error and Purchaser's credit card payment is credited to Purchaser's credit card account, Purchaser waives any claim against Do LaB and release Do LaB from any and all liability.

Do LaB retains the right to cancel, rescind or revoke any ticket purchases or vehicle pass purchases at any time for any reason whatsoever at Do LaB's sole discretion. Only ticket orders placed through the Eventbrite website are guaranteed to be authentic. Please visit the tickets and lineup pages at https://lightninginabottle.org for ticketing FAQs, wristband FAQs and other information regarding the types of tickets available and purchasing tickets and car/RV passes.

Recycling/Trash Removal

LIB is a "pack it in, pack it out" event and we strive to have zero impact on the land we possess during the event. Bearer agrees to use only designated trash and/or recycling receptacles prior to, during and after the event. Bearer agrees under no circumstance to leave trash or recycling in the Event confines or anywhere surrounding the venue. We ask that you not bring single serve plastic bottles into the Event. Trash or recycling may not be buried, burned or disposed of in any body of water. Violation of these terms may lead to immediate expulsion from the Event.

Vending without Authorization

Bearer understands that commercial vending of any kind, including without limitation, the provision of any goods or services delivered to or at the Event for a prepaid fee, is prohibited except as authorized by Do LaB. No sponsorship, on site marketing, sampling, coupon/product distribution, or other promotional/advertising activity may be conducted at the Event (inclusive of parking lots), absent Do Lab's prior written approval in each instance.

Minors

The Bearer acknowledges that attendees under the age of 18 may be at the Event. No minor will be allowed to enter the event without a parent or court designated legal guardian (paperwork must be provided to Do LaB proving such guardianship) over the age of 25. All minors must purchase a ticket at the box office prior to entering the event. No previously purchased ticket will be refunded if minor tickets are sold out at the box office. Bearer agrees that they will be responsible at all times for any and all minors in their care. Bearer

agrees to the contractual terms contained in this document on behalf of the minor. More information can be found on guardianship here: http://www.courts.ca.gov/1214.htm. Please visit the General FAQs on the website (https://lightninginabottle.org/general-faq/) for more information.

Compliance with Facility Rules

The Bearer agrees to comply with all local or facility rules that prohibit or limit alcoholic beverages, illegal drugs, controlled substances, and all other prohibited items from being brought into the event premises.

Final Agreement

These Terms and Conditions shall be governed by and enforced according to the laws of the State of California without regard to any rules relating to conflicts of laws. Bearer understands that any claim or dispute arising out of or in connection with these Terms and Conditions must be brought exclusively in the federal or state courts located in Los Angeles, California, and Bearer will submit to the personal jurisdiction of such courts for the purpose of litigating all such claims or disputes.

Information provided to Do LaB, Inc. in connection with the purchase of Event tickets or vehicle passes is covered by the LIB Privacy Policy, available at https://lightninginabottle.org/privacy-policy/.

Bearer understands that these Terms and Conditions may be changed by Do LaB prior to the Event, and if so, the revised Terms and Conditions will apply to the Bearer. The most current version can be found at https://lightninginabottle.org/terms-and-conditions. Bearer's use of a ticket or other entry credential for entry to the Event signifies Bearer's binding agreement to the Terms and Conditions in effect at the time of Bearer's entry to the Event.

BEARER ACKNOWLEDGES THAT BEARER HAS READ AND FULLY UNDERSTANDS THESE TERMS AND CONDITIONS, WAIVER AND RELEASE OF LIABILITY, AND ALL OTHER POLICIES, CODES OF CONDUCT AND OTHER INFORMATION REGARDING THE EVENT AND DO LAB CONTAINED ON THE LIB WEBSITE ( https://lightninginabottle.org). BEARER UNDERSTANDS THAT BEARER HAS GIVEN UP SUBSTANTIAL RIGHTS, AND BEARER DOES SO KNOWINGLY AND VOLUNTARILY WITHOUT ANY INDUCEMENT OR DURESS.

EXHIBIT B



**Dear LIB Community,**

As you know, government mandates in response to COVID-19 forced us to cancel Lightning in a Bottle. Several weeks ago, under immense pressure, we presented you with a plan to move forward, a plan that fell short of our standards and your expectations. Please accept our apologies; we aim to create joy and human connection, and never want to disappoint anyone-- especially all of you.

This is by far the most difficult predicament we have experienced since we started LIB almost 20 years ago. For the first time, we are challenged to find a clear path forward.

Thank you for your patience with us as we work through potential solutions. The festival industry is in a time of crisis. Many great independent companies will go out of business and cherished festivals and events will disappear. We are committed to LIB not being one of them, but we need your help to meet that commitment. As discussed below, the collective reaction from our community moving forward will be a significant factor in whether we are able to weather this storm.

As big as LIB may seem, it operates with a lot of risk and very small margins.

We work to keep ticket prices affordable, and ticket revenue alone does not usually cover all of the festival's expenses. As soon as one LIB ends, production and spending for the next festival begins. As ticket revenue comes in it generally goes out just as fast to pay our vendors, put down deposits for talent, pay out substantial staff, build stages and sets, pay for permits, location fees, etc. Producing LIB requires twelve months' collaboration with a huge ecosystem of producers, managers, artists and creators. Many of these folks have been working for 6 months or more on our 2020 festival.

All of this is just to say that ticket sales, in a good year, cover the festival's bills and we rely on other sales at our festival to make our profit. Profitability of the event, or whether or not we break even, is determined in the final weeks of sales right before the festival starts.

When it became clear to us that the event was going to be canceled, we were mid-production and had spent nearly all of the ticket money on LIB. We faced a heartbreaking truth: we do not have enough money to issue full refunds to all of you. We therefore announced that there would be no refunds.

Notwithstanding our prior announcement, we remain committed to getting a full refund to everyone who wants one. We have worked together with the music agents and artists, and are thankful to announce that a vast majority of the artists, despite having incurred their own non-refundable expenses in planning for their LIB performances, are returning their deposits in an effort to help us in this time of crisis. Our goal is to build the largest pool of money possible so that we can then use it to help refund ticket purchasers. However, we need you to understand the situation, and that is if the majority of our community request refunds, it may mean the end of Do LaB because the pool will be far too small to refund everyone, and that debt will be crushing.

If your life has been touched or changed in an unforgettable way by Lightning in a Bottle, please help us make it through to the other side.

Specifically, we ask that you either:

**1.  Support the Future of LIB With a Gift.**
If you want our organization to continue to exist and you are able to, please gift your 2020 purchase to our shared future. If you can choose this option we would be forever grateful.  **Click Here to Select Option 1**

Or,

**2. Transfer Your 2020 Ticket to a Ticket for 2021 or 2022.**
If you can transfer your 2020 ticket to either 2021 or 2022, please do so. If you are able and willing, please consider choosing 2022 instead of 2021. As

an incentive to choose 2022, you will receive a free VIP upgrade for each 2020 festival pass. If the majority of you choose 2021, it will create an extremely challenging set of financial circumstances for us next year. Your understanding and willingness to work with us on this is appreciated beyond measure. Thank you.  **Click Here to Select Option 2**

**3. Join the Pool to Receive a Refund.**
If you truly cannot do either option 1 or 2, please sign up for a refund by April 29th at 12pm. Once the refund registration window closes, we will understand how many full refunds we can pay, and whether we need to offer partial refunds. Refunds will not be immediate. We cannot give an estimate as to when, but will communicate as we get clarity.  **Click Here to Select Option 3**

We understand that this is a big request of all of you, and far from a perfect resolution. But we also know that you care about LIB as much as we do, and that we likely cannot keep it afloat without your cooperation. We want to support you, and are asking you to support us. And, if you have any other creative ideas or solutions that we might have missed, please let us know at: questions2020@lightninginabottle.org

It takes a community to create the magic of a festival and it is a community that can help all of us get through this together. It is our hope and vision that we will be together for all of the love, joy, and connection offered by LIB next year, but we need your help to fulfill that vision.

**In Solidarity,
Do LaB**

---

*Disclaimer: Due to the nature of the situation and time sensitivity of your response, please note your selection is final, is not transferable and cannot be changed. For non-responders of the options provided, the credit of your ticket purchase will be applied to the forgo refund option.



Do LaB - 1024 Santee St
Los Angeles, CA 90015

This email was sent to zakpolonus@gmail.com
You received this email because you are registered with
Do LaB

**Unsubscribe here**

-

© 2019 Do LaB

EXHIBIT C



# Sign Up To Join the LIB 2020 Refund Pool

Please fill out all the info below accurately so we can match your refund request to a purchase in the ticketing system. If we are not able to find your order, or the info entered below does not match the order number's info, we will not be able to process the refund.

As to final refund amount, we will use best efforts to gather the largest pool of money possible so we can distribute it pro rata to the customers who have opted into the refund pool. Once the sign-up window is closed, we will have a final determination of how many people have requested a refund and the amount of money available for the refund pool. Our goal is to refund as much of everyone's purchase price as possible, but there is a possibility, based on the amount of money in the pool and the number of customers requesting a refund, that you may only receive a partial refund. Totaling all the refund requests after the deadline will take time to obtain the largest amount of funding for the pool as possible and we cannot give you an estimate as to how long it will take to receive your refund. We will send an email out to all participants on May 1st after the forms close with an update on refunds.

(Car camping, RV passes and Boutique Camping passes are all eligible for transfer or refund)

*Disclaimer:  Due to the nature of the situation and time sensitivity of your response, please note your selection is final, is not transferable and cannot be changed.  For non-responders of the options provided, the credit of your ticket purchase will be applied to the forgo refund option.

* Required

Email address *

Your email

Name (as it appears on ticket order) *

Your answer

Email address (used to place ticket order) *

Your answer

## Eventbrite Order Number *

If you purchased tickets to LIB 2020 in more than one order, please fill out a separate refund form for each order number

Your answer

## Total cost of your Eventbrite order *

Please enter the total purchase cost of the order number listed above. If you have multiple order numbers, please fill out a separate form for each order number

Your answer

## Acknowledgement *

By selecting "I agree" below and submitting the form, you are acknowledging you have fully read, understand and agree to the Disclaimer and the option that you have chosen, that you are of legal age to consent to this agreement, and are choosing this option in exchange for a release of claim against Do Lab, Inc. and its employees arising from your purchase of a ticket to Lightning In A Bottle 2020 and the cancellation of the event.

☐ I agree

A copy of your responses will be emailed to the address you provided.

**Submit**

Never submit passwords through Google Forms.



reCAPTCHA
Privacy Terms

This form was created inside of Do Lab. Report Abuse

Google Forms