Matthew J. Geragos     SBN 153390
GERAGOS LAW GROUP
888 West 6th Street, Suite 1100
Los Angeles, California 90017
Tel: 213.232.1363
Fax: 888.800.2949
matthew@geragoslaw.com

Reza Sina     SBN 250428
SINA LAW GROUP
3727 W. Magnolia Blvd. #277
Burbank, California 91505
Tel: 310.957.2057
reza@sinalawgroup.com

Attorneys for Plaintiffs TESSA NESIS and ELIZABETH GREY on Behalf of Herself and All Others Similarly Situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TESSA NESIS and ELIZABETH GREY, on Behalf of Themselves and All Others Similarly Situated, and the General Public and Acting in the Public Interest,<br><br>Plaintiff,<br><br>vs.<br><br>DO LAB, INC.; JASON FLEMMING a/k/a DEDE FLEMMING; JESSE FLEMMING; JOSH FLEMMING; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20−cv−03452 DSF (PVCx)<br><br>JOINT STIPULATION FOR DISMISSAL |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs Tessa Nesis and Elizabeth Grey (collectively "Plaintiffs") on the one hand, and Defendants Do Lab, Inc., Jason

- 1 -
JOINT STIPULATION FOR DISMISSAL

1  Flemming a/k/a Dede Flemming, Jesse Flemming and Josh Flemming (collectively
2  "Defendants") on the other, hereby stipulate through their undersigned counsel that
3  the above-captioned action be and hereby is dismissed with prejudice in its entirety,
4  pursuant to F.R.C.P. 41(a)(1).
5      IT IS FURTHER STIPULATED that each party shall bear its own attorneys'
6  fees and costs of suit.
7      IT IS FURTHER STIPULATED by and between Plaintiffs and Defendants
8  that this Joint Stipulation does not purport to affect any claims that any putative
9  class members, other than Plaintiffs, may have against Defendants.

11  Dated:   October 22, 2020        GERAGOS LAW GROUP
12                                   SINA LAW GROUP

14                                   By:   /s/ Reza Sina
                                           Reza Sina
15                                         Attorney for Plaintiffs and the Class

17  Dated:   October 22, 2020        DONIGER / BURROUGHS

19                                   By:   /s/ Stephen M. Doniger
                                           Stephen M. Doniger
20                                         Attorney for Defendants

- 2 -
JOINT STIPULATION FOR DISMISSAL